```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
SHAEL CRUZ, *on behalf of himself and all others* :
*similarly situated*, :
:
Plaintiffs,   :          20-CV-4827 (JPC)
:
-v-   :          NOTICE OF
:          REASSIGNMENT
REA.DEEMING BEAUTY INC., :
:
Defendant.   :
:
-----------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

This case has been reassigned to the undersigned.  **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan.**

SO ORDERED.

Dated: October 13, 2020
       New York, New York

_____
JOHN P. CRONAN
United States District Judge